**RESNICK & LOUIS, P.C.**
Lynn Rivera, Esq. SBN: 6797
lrivera@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Home Depot U.S.A, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOAN SUSAN LUSTGRAAF,<br><br>   Plaintiff,<br>v.<br><br>HOME DEPOT U.S.A., INC.; a foreign Corporation; DOE DEFENDANT EMPLOYEE I, individually; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | CASE NO.: 2:21-cv-00488 KJD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Defendant HOME DEPOT U.S.A., INC. and Plaintiff JOAN SUSAN LUSTGRAAF (the "Parties") by and through their respective attorneys of record, that the Parties have agreed to resolve the case between them by way of settlement.

   The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), that this Court enter a dismissal of Plaintiff's Complaint in United States District Court Case No. 2:21-cv-00488-KJD-BNW with prejudice as to Defendant HOME DEPOT U.S.A., INC. The Parties further stipulate that each party shall bear its own costs and fees with respect to any claims they may have against each other in the instant action.

**IT IS SO STIPULATED.**

Dated this 7th day of January 2022.    **RESNICK & LOUIS P.C.**

/s/ LYNN RIVERA
LYNN RIVERA, ESQ.
Nevada Bar No. 6797
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
*Attorneys for Defendant*
*HOME DEPOT U.S.A., INC.*

Dated this 7th day of January 2022.    **HEIDARI LAW GROUP, PC**

/s/ SAM RYAN HEIDARI
SAM RYAN HEIDARI, ESQ.
Nevada Bar No.13347
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal, Plaintiff's Complaint in United States District Court Case No. 2:21-cv-00488-KJD-BNW is hereby dismissed with prejudice as to Defendant HOME DEPOT U.S.A., INC. Each Party shall bear their own costs and fees.

**IT IS SO ORDERED:**

Dated: 1/11/2022

_____
UNITED STATES DISTRICT COURT JUDGE